FILED
NOV 24 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF | CASE No.: 08-80229 MISC VRW |

Mark Forrest Cohn - #85118
_____/

## ORDER TO SHOW CAUSE

It appearing that Mark Forrest Cohn has been suspended by the State Bar Court following criminal convictions effective September 8, 2008 and September 15, 2008.

**IT IS ORDERED**

That respondent show cause in writing on or before December 29, 2008 as to why he should not be suspended from the practice of law before this court, pending further notice from the State Bar of California.

Dated:

**NOV 2 4 2008**

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Mark Forrest Cohn
Attorney at Law
Condor Investment Corp.
255 Shoreline Drive, #100
Redwood City, CA 94065