FILED

JAN 12 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                       No CV-08-80229 MISC VRW

Mark Forrest Cohn,                              ORDER

    State Bar No 85118

_____/

       On November 24, 20008, the court issued an order to show cause (OSC) why Mark Forrest Cohn should not be removed from the roll of attorneys authorized to practice law before this court, based on his suspension by the State Bar of California, following criminal convictions on September 8 and September 15, 2008. The OSC was mailed to Mr Cohn's address of record with the State Bar but was returned as undeliverable. No response to the OSC has been filed.

       The court now orders Mark Forrest Cohn removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

       IT IS SO ORDERED.

                                     VAUGHN R WALKER
                                     United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Mark Forrest Cohn ,

_____/

Case Number: C 08-80229 MISC VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 12, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mark Forrest Cohn
Condor Investment Corp
255 Shoreline Drive, #100
Redwood City, CA 94065

Dated: January 12, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*